UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASON CAPITAL L.P., and MASON CAPITAL, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO CO., PLC, *et al.*,<br><br>Defendants. | ECF Case<br>Document Electronically Filed<br><br><br>Civil Action No. 2:18-CV-01119-MCA-LDW |
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND, LTD., PENTWATER EVENT DRIVEN CAYMAN FUND LTD., PENTWATER MERGER ARBITRAGE MASTER FUND LTD., PWCM MASTER FUND LTD., OCEANA MASTER FUND LTD., LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO, and AMUNDI ABSOLUTE RETURN PENTWATER FUND PLC (F/K/A AAI PENTWATER FUND PLC – PENTWATER EVENT EQUITY REFLECTION FUND),<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO CO., PLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:18-CV-01121-MCA-LDW |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the complaints in the above-captioned individual actions (the "Individual Actions") have been designated as related actions to the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") in *Roofer's Pension Fund v. Papa, et al.*, No. 2:16-cv-2805-MCA-LDW (the "Consolidated Class Action");

WHEREAS, plaintiffs and defendants in the Individual Actions stipulated and agreed on February 20, 2018 that they would confer and submit a proposed schedule for the filing of answers or other responses to the complaints in the Individual Actions no more than thirty (30) days after the Court in the Consolidated Class Action issued an opinion on the motions to dismiss the Amended Complaint in the Consolidated Class Action (the "Motion to Dismiss"), which the Court in each of the Individual Actions so-ordered on February 21, 2018;

WHEREAS, on July 27, 2018, the Court in the Consolidated Class Action issued an opinion granting in part and denying in part the Motions to Dismiss (2018 WL 3601229);

WHEREAS, on August 24, 2018, the parties jointly sought an extension until September 14, 2018 of the deadline to submit a proposed schedule for next steps in each of the Individual Actions, which the Court in each of the Individual Actions so-ordered on August 27, 2018;

WHEREAS, after conferring, the parties hereto believe the below schedule is fair and reasonable.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to the Court's approval, as follows:

1. Defendants Perrigo, Papa, and Brown shall move, answer, or otherwise respond to the complaints in the Individual Actions on or before November 21, 2018; and

2. In the event that Perrigo, Papa, and/or Brown moves to dismiss any complaint in

the Individual Actions:

      (a)    Plaintiffs in the Individual Actions shall have until January 30, 2019 to serve opposition papers; and

      (b)    Perrigo, Papa, and Brown shall have until February 28, 2019 to serve reply papers in further support of their motion(s) to dismiss.

Dated: September 14, 2018

| | |
|---|---|
| **WHIPPLE AZZARELLO, LLC** | **GREENBAUM ROWE SMITH & DAVIS LP** |
| */s/ John A. Azzarello*<br>John A. Azzarello<br>161 Madison Avenue<br>Suite 325<br>Morristown, NJ 07960<br>(973) 267-7300<br>azzarello@whippleazzarellolaw.com | */s/ Alan S. Naar*<br>Alan S. Naar<br>99 Wood Avenue South<br>Iselin, New Jersey 08830<br>Telephone: (732) 549-5600<br>Facsimile: (732) 549-1881<br>anaar@greenbaumlaw.com |
| **LABATON SUCHAROW LLP**<br>Serena P. Hallowell (*pro hac vice to be filed*)<br>Michael P. Canty (*pro hac vice to be filed*)<br>Eric J. Belfi (*pro hac vice to be filed*)<br>David J. Schwartz (*pro hac vice to be filed*)<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>shallowell@labaton.com<br>mcanty@labaton.com<br>ebelfi@labaton.com<br>dschwartz@labaton.com<br>*Attorneys for Plaintiffs in the Individual Actions* | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>James D. Wareham (*pro hac vice to be filed*)<br>James E. Anklam (*pro hac vice to be filed*)<br>801 17th Street, NW<br>Washington DC 20006<br>Telephone: (202) 639-7000<br>Facsimile: (202) 639-7003<br>james.wareham@friedfrank.com<br>james.anklam@friedfrank.com<br><br>Samuel P. Groner (*pro hac vice to be filed*)<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>samuel.groner@friedfrank.com<br><br>*Counsel for Defendant Perrigo Company plc* |

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Reed Brodsky*
Reed Brodsky (*pro hac vice to be filed*)
Aric H. Wu (*pro hac vice to be filed*)
Marshall R. King
200 Park Avenue
New York, New York  10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

*/s/ Johhn L. Hardiman*
John L. Hardiman (*pro hac vice to be filed*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice to be filed*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

SO ORDERED THIS 5 DAY OF Nov

SO ORDERED

Madeline Cox Arleo, U.S.D.J.