# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 17-10467 (MCA) (LDW) <br><br> **ORDER** |
| MASON CAPITAL L.P. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 18-1119 (MCA) (LDW) |
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 18-1121 (MCA) (LDW) |

| | |
|---|---|
| HAREL INSURANCE COMPANY, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 18-2074 (MCA) (LDW) |
| FIRST MANHATTAN CO., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH C. PAPA, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 18-2291 (MCA) (LDW) |
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 18-8175 (MCA) (LDW) |

| | |
|---|---|
| NATIONWIDE MUTUAL FUNDS, on behalf of its series NATIONWIDE GENEVA MID CAP GROWTH FUND and NATIONWIDE S&P 500 INDEX FUND, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>18-15382 (MCA) (LDW) |
| WCM ALTERNATIVES: EVENT-DRIVEN FUND, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>18-16204 (MCA) (LDW) |
| HUDSON BAY MASTER FUND LTD., *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>18-16206 (MCA) (LDW) |

| | |
|---|---|
| SCHWAB CAPITAL TRUST on behalf of its series SCHWAB S&P 500 INDEX FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>19-3973 (MCA) (LDW) |
| SCULPTOR MASTER FUND, LTD. f/k/a OZ MASTER FUND, LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>19-4900 (MCA) (LDW) |
| ABERDEEN CANADA FUNDS – GLOBAL EQUITY FUND, a series of ABERDEEN CANADA FUNDS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>19-6560 (MCA) (LDW) |

4

| | |
|---|---|
| DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 19-21502 (MCA) (LDW) |
| YORK CAPITAL MANAGEMENT, L.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 19-21732 (MCA) (LDW) |
| BURLINGTON LOAN MANAGEMENT DAC, <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 20-1484 (MCA) (LDW) |

5

| | |
|---|---|
| UNIVERSITIES SUPERANNUATION SCHEME LTD., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, et al., <br><br> Defendants. | Civil Action No. <br><br> 20-2262 (MCA) (LDW) |
| PRINCIPAL FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, et al., <br><br> Defendants. | Civil Action No. <br><br> 20-2410 (MCA) (LDW**)** |
| KUWAIT INVESTMENT AUTHORITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 20-3431 (MCA) (LDW) |

| | |
|---|---|
| BLACKROCK GLOBAL ALLOCATION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 20-4748 (MCA) (LDW) |

**THIS MATTER** having come before the Court by way of the parties' January 5, 2022 status letter; and

**WHEREAS** discovery in the above-captioned Individual Actions has been completed; and

**WHEREAS** the parties advise that the outcome of pending summary judgment motions in the related class action, *Roofer's Pension Fund v. Papa*, No. 16-cv-2805 (JXN) (LDW), will significantly impact summary judgment motions in the Individual Actions; and

**WHEREAS** oral argument on summary judgment motions pending in the *Roofer's Pension* class action is presently scheduled for February 23, 2022; and

**WHEREAS** the parties request that no further action be taken in these cases, including the briefing of summary judgment motions, until the pending summary judgment motions in the *Roofer's Pension* class action have been resolved; therefore,

**IT IS** on this day, January 7, 2022, **ORDERED** that:

1. The above-captioned Individual Actions are administratively closed pending the outcome of summary judgment motions in the *Roofer's Pension* class action. Such closures shall not constitute dismissal Orders under Federal Rule of Civil Procedure 41. Any party may request that an Individual Action be restored to the Court's active docket by filing a letter to that effect.

7

2. The parties are directed to file a joint letter proposing next steps in the Individual Actions, including proposed briefing schedules for any contemplated summary judgment motions, no later than 14 days after the District Court issues a decision on the pending summary judgment motions in the *Roofer's Pension* class action.

                                                       *s/ Leda Dunn Wettre*
                                                       Hon. Leda Dunn Wettre
                                                       United States Magistrate Judge