UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., PENTWATER EVENT DRIVEN CAYMAN FUND LTD., PENTWATER MERGER ARBITRAGE MASTER FUND LTD., PWCM MASTER FUND LTD., OCEANA MASTER FUND LTD., LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO, AND AMUNDI ABSOLUTE RETURN PENTWATER FUND PLC (F/K/A AAI PENTWATER FUND PLC – PENTWATER EVENT EQUITY REFLECTION FUND),<br><br>Plaintiffs,<br>v.<br><br>PERRIGO CO., PLC, JOSEPH PAPA, and JUDY BROWN,<br><br>Defendants. | Civil Action No. 2:18-cv-01121-MCA-LDW |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Pentwater Equity Opportunities Master Fund Ltd., Pentwater Event Driven Cayman Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Oceana Master Fund Ltd., LMA SPC for and on behalf of Map 98 Segregated Portfolio, and Amundi Absolute Return Pentwater Fund PLC (f/k/a AAI Pentwater Fund PLC–Pentwater Event Equity Reflection Fund) ("Plaintiffs"), and Defendants Perrigo Co., plc, Joseph Papa, and Judy Brown (collectively, the "Defendants," and together with Plaintiffs, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle Plaintiffs' claims against Defendants in this action;

NOW, THEREFORE, it is hereby stipulated that Plaintiffs' claims against Defendants in this action are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), and each Party shall bear its own costs and attorneys' fees.

Dated:  August 2, 2024

| | |
|---|---|
| **WHIPPLE AZZARELLO, LLC**<br><br>By: *John A. Azzarello*<br>John A. Azzarello<br>161 Madison Avenue<br>Suite 325<br>Morristown, NJ 07960<br>Tel: (973) 267-7300<br>Email: azzarello@whippleazzarellolaw.com<br><br>*Local Counsel for Plaintiffs Pentwater Equity Opportunities Master Fund Ltd., Pentwater Event Driven Cayman Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Oceana Master Fund Ltd., LMA SPC for and on behalf of Map 98 Segregated Portfolio, and Amundi Absolute Return Pentwater Fund PLC (f/k/a AAI Pentwater Fund PLC–Pentwater Event Equity Reflection Fund)*<br><br>**LABATON KELLER SUCHAROW LLP**<br>Eric J. Belfi<br>Michael P. Canty<br>Thomas G. Hoffman, Jr.<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: ebelfi@labaton.com<br>　　　　thoffman@labaton.com<br><br>*Counsel for Plaintiffs Pentwater Equity Opportunities Master Fund Ltd., Pentwater Event Driven Cayman Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Oceana Master Fund Ltd.,* | **GREENBAUM, ROWE, SMITH & DAVIS LLP**<br><br>By: *Alan S. Naar*<br>Alan S. Naar<br>99 Wood Avenue South<br>Iselin, NJ 08830<br>(732) 549-5600<br>Fax: 732-549-1881<br>Email: anaar@greenbaumlaw.com<br><br>**FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>James D. Wareham<br>James E. Anklam<br>Katherine L. St. Romain<br>801 17th Street, NW<br>Washington, DC 20006<br>Telephone: (202) 639-7000<br>Email: james.wareham@friedfrank.com<br>　　　　james.anklam@friedfrank.com<br>　　　　katherine.st.romain@friedfrank.com<br><br>*Counsel for Defendant Perrigo Co., plc*<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>By: *Marshall R. King*<br>Marshall R. King<br>Reed Brodsky<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Email: mking@gibsondunn.com<br>　　　　rbrodsky@gibsondunn.com<br><br>*Counsel for Defendant Joseph Papa* |